ANSON B. MORAN and Others, Appellants, v. HERBERT H. VREELAND and Others, Respondents, Impleaded with Others.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and Philbin, JJ.

GEORGE H. MAKEPEACE, Appellant, v. PHILIP VAN VALKENBURGH, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and Philbin, JJ.

BUILDERS BRICK & SUPPLY CO., INC., Respondent, v. WALSH TRANSPORTATION CO., INC., Appellant.— Determination affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and Philbin, JJ.

SIEGFRIED DEUTSCH, Respondent, v. FREDERICK BANGERTER, Appellant. — Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and Philbin, JJ.

CHARLES SWECHULIS, Appellant, v. LEHIGH VALLEY COAL COMPANY, Respondent.— Judgment reversed and new trial ordered, with costs to appellant to abide event. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and Philbin, JJ.

SAMUEL RUBENSTEIN, Appellant, v. ASTORIA VENEER MILLS AND DOCK COMPANY, Respondent.— Order of June 18, 1919, modified as stated in order, and as so modified affirmed, with ten dollars costs and disbursements to appellant. Order of July 3, 1919, reversed and motion denied, without costs. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and Philbin, JJ.

ANSEL S. LEO, Respondent, v. CARL VON PUSTAU, Appellant.— Orders modified by providing that the original order for examination be amended by striking out the provision for examination in regard to the affirmative defenses and counterclaims, and as so modified affirmed, without costs. The date for the examination to proceed to be fixed in the order. No opinion. Order to be settled on notice. Present — Clarke, P. J., Dowling, Page, Merrell and Philbin, JJ.

In the Matter of J. MORTIMER EISENBERG, an Attorney.— Proceeding dismissed. Order to be settled on notice. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

ROSE SCHENDEL, Respondent, v. INTERBOROUGH RAPID TRANSIT COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Merrell, JJ.

HENRY ZIMMERMAN, Appellant, v. EMPIRE MORTGAGE COMPANY, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Merrell, JJ.

THE PEOPLE OF THE STATE OF NEW YORK on Complaint of WILLIAM COHEN, Respondent, v. ASBURY O. LEONARD, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Merrell, JJ.; Dowling and Merrell, JJ., dissented.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JACOB PRICE, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Merrell, JJ.